**[J-38-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: NOMINATION PETITION OF     :   No. 12 EAP 2022
KATHERINE A. BOHR AS A CANDIDATE    :
FOR THE REPUBLICAN NOMINATION     :
FOR THE OFFICE OF STATE                :
REPRESENTATIVE FOR THE 173RD       :
LEGISLATIVE DISTRICT                  :
                                       :
                                       :
APPEAL OF:  KATHERINE A. BOHR      :

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 15th day of April, 2022, the order of the Commonwealth Court granting the petition to set aside the nomination petition of Katherine A. Bohr is **AFFIRMED**.